UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAMIM R. WOODS-BLAKLEY,

        Plaintiff,                    Case No. 4:22-cv-10221
                                                            Hon. Matthew F. Leitman

v.

NOAH NAGY, ET AL,

        Defendants.
_____/

## ORDER SUMMARILY DISMISSING CASE

On January 27, 2022, Hamim R. Woods-Blakley, an inmate at the G. Robert Cotton Correctional Facility, commenced this action by filing a civil-rights complaint under 42 U.S.C. § 1983. Plaintiff filed an application to proceed in forma pauperis, but he failed to include the required Certification/Business Manager's Account Statement, and a statement for his Trust Fund account for the six-month period immediately preceding the filing to the complaint. *See McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). The Court issued an Order to Correct Deficiency on February 11, 2022, informing Plaintiff that if he did not correct his filing deficiency by March 14, 2022, the case may be dismissed. The time for correcting the deficiency has now passed. Accordingly, Plaintiff's complaint is

**DISMISSED WITHOUT PREJUDICE** for want of prosecution. See FED. R. CIV. P. 41(b), *Erby v. Kula*, 113 F. App'x. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003).

    **IT IS SO ORDERED.**

        /s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated:  April 11, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 11, 2022, by electronic means and/or ordinary mail.

        s/Holly A. Ryan
        Case Manager
        (313) 234-5126