UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAMIM R. WOODS-BLAKLEY,

        Plaintiff,                         Case No. 4:22-cv-10221
                                                  Hon. Matthew F. Leitman

v.

NOAH NAGY, ET AL,

        Defendants.
_____/

## JUDGMENT

**IT IS ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE.**

Dated at Detroit, Michigan, this 11th day of April, 2022.

                                                    KINIKIA ESSIX
                                                  CLERK OF COURT

                                    By:    s/Holly A. Ryan
                                                   Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge